# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDIAN MEDICAL, INC. d/b/a AMERICAN MEDICAL TECHNOLOGIES and AMT ULTIMATE HOLDINGS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>MISTY VAUGN and CURITEC, LLC,<br><br>Defendants. | C.A. No. _____ |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

TO: ANDREW L. COLE, ESQ. AND JACK DOUGHERTY, ESQ., ATTORNEYS FOR PLAINTIFFS:

PLEASE TAKE NOTICE that Defendants, Misty Vaughn and Curitec, LLC, by and through their respective, undersigned counsel, hereby file this Notice of Removal, pursuant to 28 U.S.C. § 1441 et seq., removing this action from the Court of Chancery of the State of Delaware, to the United States District Court for the District of Delaware. The grounds for this Notice of Removal are as follows:

1. Defendants are all of the named Defendants in the case of *Gordian Medical, Inc. etc. et al. v. Misty Vaughn et al.*, Case No. 2022-0210-MTZ, which was filed in the Court of Chancery of the State of Delaware on or about March 4, 2022.

2. Neither Defendant has been served with the Summons and Complaint, and instead received a courtesy copy of the pleadings through counsel on March 10, 2022, by way of an email from Plaintiffs' attorney, Andrew Cole. This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is being filed within 30 days of Defendants' receipt of notice of the filing of

the Complaint.

3.   All Defendants in this action consent to the removal of this case, as indicated by the signatures of their respective counsel below.  Defendant Curitec, LLC, expressly reserves its right to challenge the exercise of personal jurisdiction over it by any state or federal court located within the State of Delaware, and intends to make a limited, special appearance for that purpose.

4.   Pursuant to 28 U.S.C. § 1446(a), copies of the following pleadings and other documents filed in the state-court action are attached hereto as **Exhibit A**: Supplemental Information Pursuant to Rule 3(A) of the Rules of the Court of Chancery, Verified Complaint, Exhibit A–Employment Agreement, Verification of Kelly Skeat for Plaintiff Gordian Medical, Inc., Verification of Kelly Skeat for Plaintiff AMT Ultimate Holdings, L.P., Plaintiffs' Motion for Preliminary Injunction, Plaintiffs' Motion for Expedited Proceedings, [Proposed] Preliminary Injunction Order, and [Proposed] Order Granting Plaintiff's Motion for Expedited Proceedings.

5.   Although Defendants deny any liability to Plaintiffs under the causes of action set forth in Plaintiffs' Complaint, this is a civil action that could have originally been brought in the United States District Court under its diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, because there is complete diversity of citizenship between both Plaintiffs and both Defendants, and the amount in controversy exceeds Seventy-five thousand dollars ($75,000), exclusive of interest and costs.  Neither Defendant is a citizen of the State of Delaware, where this case was originally filed.

6.   The Court of Chancery of the State of Delaware is located within the District of Delaware; therefore, this Court is the proper forum for the removal of this action.  Defendant Vaughn reserves her right to seek a change of venue from the District of Delaware to the District of South Carolina, Greenville Division, where her first-filed action is pending involving the same contract.

7.  Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel for Defendants certify that they are contemporaneously serving written notice of the filing of this Notice of Removal on Plaintiffs' counsel and are filing a copy of the Notice of Removal with the Clerk of Court for the Court of Chancery of the State of Delaware forthwith. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

WHEREFORE, Defendants hereby remove this action from the Court of Chancery of the State of Delaware to the United States District Court for the District of Delaware.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel C. Herr | /s/ Larry R. (Buzz) Wood, Jr. |
| Daniel C. Herr (No. 5497) | Larry R. (Buzz) Wood Jr. (No. 3262) |
| Law Office of Daniel C. Herr, LLC | BLANK ROME, LLP |
| 1225 North King St., Suite 1000 | 1201 Market Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 483-7060 (Office) | (302) 425-6474 (Office) |
| (302) 483-7065 (Facsimile) | (302) 425-6464 (Facsimile) |
| dherr@dherrlaw.com | Lwood@blankrome.com |
| | |
| David E. Rothstein | Joseph M. Preis |
| *(Pro Hac Vice forthcoming)* | *(Pro Hac Vice forthcoming)* |
| ROTHSTEIN LAW FIRM, PA | GODES & PREIS, LLP |
| 1312 Augusta Street | 300 Spectrum Center Drive, Suite 1420 |
| Greenville, South Carolina 29605 | Irvine, CA 92618 |
| (864) 232-5870 (Office) | (949) 468-0051 (Office) |
| (864) 241-1386 (Facsimile) | (949) 872-2281 (Facsimile) |
| drothstein@rothsteinlawfirm.com | Jpreis@gaplegal.com |
| | |
| Attorneys for Defendant Misty Vaughn | Attorneys for Defendant Curitec, LLC |

Dated:  March 11, 2022

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused copies of the foregoing NOTICE OF REMOVAL upon counsel of record for Plaintiffs by way of electronic mail and by depositing a copy of the same in the United States mail, proper first-class postage pre-paid, addressed as follows:

>Andrew L. Cole, Esq.
>Jack Dougherty, Esq.
>COLE SCHOTZ, P.C.
>500 Delaware Ave., Suite 1410
>Wilmington, DE 19801

Dated: March 11, 2022                     */s/ Daniel C. Herr*
                                          Daniel C. Herr (No. 5497)