IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDIAN MEDICAL, INC. d/b/a<br>AMERICAN MEDICAL TECHNOLOGIES<br>and AMT ULTIMATE HOLDINGS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>MISTY VAUGHN and CURITEC, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-319 (MN) (SRF)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 23rd day of May 2022:

WHEREAS, on May 6, 2022, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 22) in this action, recommending that the Court grant Defendant Curitec, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 9); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant Curitec, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 9) is GRANTED and the Complaint as to Curitec LLC is DISMISSED without prejudice.

_____
The Honorable Maryellen Noreika
United States District Judge