IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDIAN MEDICAL, INC. d/b/a AMERICAN MEDICAL TECHNOLOGIES and AMT ULTIMATE HOLDINGS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MISTY VAUGHN, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 22-319 (MN) ) ) ) ) ) |

**ORDER**

At Wilmington, this 30th day of March 2024, for the reasons set forth in the Memorandum Opinion issued on this date,

IT IS HEREBY ORDERED that:

1. The Employment Agreement (PTX-1) and the Equity Agreement (PTX-3) are binding and enforceable contracts;

2. Section 9(a) of the Employment Agreement and Annex A, Section 1 of the Equity Agreement are enforceable, but those provisions have not been breached by Vaughn;

3. Section 9(b) of the Employment Agreement and Annex A, Section 2 of the Equity Agreement are unenforceable; and

4. Section 9(c) of the Employment Agreement and Annex A, Section 3 of the Equity Agreement are enforceable, but those provisions have not been breached by Vaughn.

IT IS FURTHER ORDERED that any motion for attorneys' fees shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that on or before April 15, 2024, the parties shall meet and confer and submit to the Court a form of proposed judgment.

 *Maryellen Noreika*
 The Honorable Maryellen Noreika
 United States District Judge